UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jerone McDougald,

    Plaintiff,

           v.                                    Case No. 1:18cv080

Jeremy Eaches, *et al.*,                Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on May 9, 2019 (Doc. 28).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 28) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 28) of the Magistrate Judge is hereby **ADOPTED.**[1] Consistent with the recommendation by the Magistrate Judge, Plaintiff's Motion to for Leave to Amend (Doc. 18) is **DENIED**.

    **IT IS SO ORDERED.**

                                                s/ *Michael R. Barrett*
                                                Michael R. Barrett, Judge
                                                United States District Court

---

[1] On page 2 of the R&R, the Magistrate Judge refers to discovery as having closed on March 1, 201_7_, an obvious typographical error. Discovery originally was set to close in this case on March 1, 2019 (Doc. 19), with the Magistrate Judge later extending that date to May 9, 2019 (*see* Doc. 27).