UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jerone McDougald,

    Plaintiff,

        v.                       Case No. 1:18cv080

Jeremy Eaches, *et al.*,           Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on October 15, 2019 (Doc. 53).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 53) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 53) of the Magistrate Judge is hereby **ADOPTED**. Consistent with the recommendation by the Magistrate Judge, defendants' Motion for Summary Judgment (Doc. 36) is **GRANTED**. Further, plaintiff's remaining Motions (Docs. 38, 40, 52) are **DENIED** and this matter is dismissed with prejudice.

    **IT IS SO ORDERED.**

                                    *s/Michael R. Barrett*
                                    Michael R. Barrett, Judge
                                    United States District Court